## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BAY MATERIALS, LLC, | |
| Plaintiff, | Civil Action No. :  4:25-cv-00336 |
| v. | **DEMAND FOR JURY TRIAL** |
| DYNA FLEX, LTD.<br>**Please Serve:**<br>**Registered Agent:**<br>**8050 Hawk Ridge Trail**<br>**Lake St. Louis, MO 63367** | |
| And | |
| ORTHO SOLUTIONS, LC,<br>**Please Serve:**<br>**Registered Agent:**<br>**8050 Hawk Ridge Trail**<br>**Lake St. Louis, MO 63367** | |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Bay Materials, LLC ("Plaintiff" or "Bay Materials"), by way of this Complaint for Patent Infringement under 35 U.S.C. § 271 against Defendants Dyna Flex, Ltd., and Ortho Solutions, LC (collectively, "Defendants" or "DynaFlex"), alleges as follows:

## NATURE OF THE ACTION

1.      Bay Materials brings this action for patent infringement after DynaFlex copied Bay Materials's patented, industry-leading multilayer polymer sheet material used in orthodontic clear aligners. Bay Materials is seeking damages and a permanent injunction.

2.      In particular, this is an action for infringement by Bay Materials against DynaFlex for infringement of U.S. Patent No. 10,946,630 ("'630 patent") (Ex. A) by making, using, offering to sell, selling, and/or importing multilayer polymeric orthodontic materials sold under the brand name Glacier® GX3, and dental appliances incorporating the Glacier GX3 product, including SmileShare™ dental aligners, and any other product or system incorporating the Glacier GX3 product or a similar product (the "Accused Products").

3.      Bay Materials is the industry leader in high-performance thermoformable materials for orthodontic clear aligner therapy. Bay Materials developed the first-generation advanced clear aligner material in 1999, which exhibited better performance than standard polyesters used for aligners at that time. Bay Materials soon after improved on that material, calling it Zendura™ and making it available to orthodontic suppliers and dental suppliers. *See* Ex. B at 1-2. Bay Materials's Zendura brand of thermoformable material quickly became regarded as the best commercially available clear thermoplastic material for fabricating orthodontic clear aligners and post-treatment retainers. *See* Ex. C at 1-2.

4.      Bay Materials has continued to develop innovative, high-performance thermoformable material for orthodontic clear aligners as part of its Zendura brand. In November 2018, Bay Materials announced the commercial release of Zendura FLX, a new and unique thermoformable material engineered specially for fabricating clear aligner appliances. *See* Ex. D at 1. Zendura FLX quickly became a top-of-the-line, industry leading thermoformable material for fabrication of clear aligner orthodontic appliances.

5.      Zendura FLX is a three-layer polymeric material, having outer layers that provide a dual-shell structure and an elastomeric inner layer. The unique dual-shell design provides a combination of exceptional force characteristics and elasticity for teeth movement and patient

comfort. *See* Ex. E. The dual shell of the Zendura FLX material grips the teeth evenly and firmly, while the elastomeric layer applies gentle yet consistent and continual pressure to move teeth reliably and predictably. *See* Ex. D at 1-3.

6.      Zendura FLX generates less initial force than other materials on the market, leading to improved patient comfort and acceptance. *Id.* Additionally, Zendura FLX retains more orthodontic force after a normal wear period than other competing materials. *Id.* Orthodontic appliances made from Zendura FLX provide an optimum balance of stress retention, durability, elasticity, clarity, and stain resistance.

7.      DynaFlex has purchased and evaluated samples of Bay Materials's aligner materials, including a version of Zendura FLX. On information and belief, DynaFlex representatives evaluated a version of Zendura FLX and were impressed with the material's performance. Accordingly, in late 2018, representatives from DynaFlex met with representatives from Bay Materials and inquired about purchasing and distributing the Zendura FLX multilayer product. DynaFlex requested heavily discounted pricing for Bay Materials's multilayer aligner product. Bay Materials declined and DynaFlex subsequently cut off communications with Bay Materials.

8.      On information and belief, unwilling to purchase Zendura FLX at a fair price, DynaFlex then began the process of copying Bay Materials's innovative product. And, on information and belief, by at least March 2024, DynaFlex began marketing its Glacier GX3 product, a multilayer sheet combining durable outer layers with an elastomeric inner layer, which could be thermoformed into a dental aligner. Ex. F. On information and belief, during this same time period, DynaFlex announced that the Glacier GX3 aligner sheets would be used in all of its trademarked SmileShare™ dental aligners—custom-made aligners DynaFlex sold to orthodontists

3

as part of a comprehensive patient treatment plan. Ex. G; Ex. H. DynaFlex thus was marketing both a multilayer sheet for subsequent use in dental aligners (the Glacier GX3 product) and already-formed dental aligners using this multilayer material (SmileShare aligners).

9.      DynaFlex continued to offer Glacier GX3 sheets and related products for sale throughout the dental and orthodontic industry. On information and belief, by at least April 2024, DynaFlex was offering the Glacier GX3 product for sale at industry trade shows. Ex. I at 7. On information and belief, by at least May 2024, DynaFlex had formally listed its Glacier GX3 product for sale on its website. Ex. J. On information and belief, DynaFlex continued to advertise Glacier GX3 sheets and SmileShare aligners in industry publications and on its social media pages. *See, e.g.*, Ex. K at 2; Ex. L.

10.     At the latest, DynaFlex has been aware of and had knowledge of Bay Materials's '630 patent since August 14, 2024, when Bay Materials, through counsel, informed DynaFlex of the '630 patent and the infringement of this patent by DynaFlex's Glacier GX3 product. Ex. M. On September 12, 2024, counsel from the law firm Lewis Rice, on behalf of DynaFlex, emailed counsel from the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, representing Bay Materials, confirming receipt of the August 14, 2024 letter and requesting a call to discuss. Following that call, counsel for Bay Materials in a September 23, 2024 email reiterated its request that DynaFlex immediately cease making, using, selling, and offering to sell the Glacier GX3 product. DynaFlex did not respond.

11.     On information and belief, during and following these discussions with Bay Materials, DynaFlex continued to offer the Glacier GX3 product for sale on its website, including in SmileShare aligners, and continues to sell these products at the time of this Complaint. *See* Ex. N. Sometime after Bay Materials sent its August 14, 2024 letter, however, DynaFlex removed

4

certain images and information from its website regarding the Glacier GX3 product, including information showing the Glacier GX3 multilayer sheet formed into dental appliances, possibly to conceal DynaFlex's infringing activities. Examples of these images are shown below, including images of the Glacier GX3 product in dental aligners with the "DynaFlex" watermark, which were removed from the internet. As of March 2025, DynaFlex's website does not include these images of the Glacier GX3 product and corresponding dental aligners. *See, e.g.*, Ex. N.

 

12.     As discussed in greater detail below, DynaFlex has infringed and continues to infringe one or more claims of each of the '630 patent literally and/or under the doctrine of equivalents by making, using, selling, offering for sale, and/or importing the Accused Products, and all reasonably similar products.

13.     As discussed in greater detail below, DynaFlex indirectly infringes the '630 patent by inducing its customers to directly infringe one or more claims of the '630 patent. DynaFlex, with knowledge that its customers directly infringe the '630 patent at least when using and/or making the Accused Products as intended, and by intentionally encouraging such acts, is liable for induced infringement under 35 U.S.C. § 271(b).

14.     As discussed in greater detail below, DynaFlex also indirectly infringes the '630 patent by contributing to the direct infringement of one or more claims of the '630 patent by its customers. DynaFlex knows that the Accused Products are especially made or adapted for use by its customers in a manner that directly infringe the '630 patent under 35 U.S.C. § 271(a). Because

the Accused Products also are not staple articles of commerce and are not suitable for substantial noninfringing uses, DynaFlex is liable for contributory infringement under 35 U.S.C. § 271(c).

## THE PARTIES

15.    Plaintiff Bay Materials, LLC, is a limited liability company duly organized and existing under the laws of the State of California with its principal place of business at 48450 Lakeview Blvd, Fremont, California 94538.

16.    Bay Materials is in the business of developing, manufacturing, and marketing advanced thermoplastic materials for the orthodontic and dental industries.

17.    On information and belief, Defendant Dyna Flex, Ltd., is a corporation organized and existing under the laws of the State of Missouri with its principal place of business at 8050 Hawk Ridge Trail Lake, St. Louis, Missouri 63367.

18.    On information and belief, Defendant Ortho Solutions, LC is a corporation organized and existing under the laws of the State of Missouri with its principal place of business at 8050 Hawk Ridge Trail Lake, St. Louis, Missouri 63367.

19.    On information and belief, both Defendants are in the business of making, using, selling, offering for sale, and/or importing dental and orthodontic devices throughout the United States.

## JURISDICTION AND VENUE

20.    This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*, including 35 U.S.C. § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

21.    Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400(b), at least because Defendants are incorporated in and reside in Missouri and in this District.

22.     This Court has personal jurisdiction over Defendants, because Defendants are incorporated in Missouri and reside in this District for purposes of 28 U.S.C. §§ 1391 and 1400. Defendants also have systematic and continuous contacts in this judicial district, regularly transact business within this district, and regularly avail themselves of the benefits of this District.

23.     This Court also has personal jurisdiction over Defendants under R.S.Mo. § 506.500 because at least one provision of the Missouri long-arm statute is satisfied. On information and belief, Defendants satisfy at least § 506.500(1) ("transaction of any business within this state"), § 506.500(2) ("making of any contract within this state"), § 506.500(3) ("commission of a tortious act within this state), § 506.500(4) ("ownership, use, or possession of any real estate situated in this state").

24.     Defendants have also purposely availed themselves of this forum for purposes of patent disputes by filing complaints and/or asserting counterclaims in this District.

## THE PATENT-IN-SUIT

### U.S. Patent 10,946,630

25.     The '630 patent, titled "Dual Shell Dental Appliance and Material Constructions," was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on March 16, 2021. A true and correct copy of the '630 patent is attached hereto as Exhibit A.

26.     Bay Materials is the assignee and owner of the '630 patent by way of assignment from inventors Ray F. Stewart and John Lahlouh.

## THE ACCUSED PRODUCT

27.     DynaFlex has made, used, sold, imported, and/or offered for sale, and/or continues to make, use, sell, import, and/or offer for sale products in the United States consisting of at least multilayer polymeric orthodontic materials sold under the brand name Glacier® GX3, and dental appliances incorporating the Glacier GX3 product, including SmileShare™ dental aligners, and

any other product or system incorporating the Glacier GX3 product or a similar product (the "Accused Products").

28.    On information and belief, DynaFlex finalized its instructions for use for Glacier GX3 by at least March 2024. Ex. F. The instructions for use, marked as having been revised "03/2024," describe Glacier GX3 as a "multi-layer material" sold as a 125 mm x 0.76 mm sheet intended to be "thermoformed to fabricate intra-oral appliances, such as retainers, aligners for minor tooth movement, and temporary bridges." *Id.* at 1-2, 4. Step-by-step instructions for fabricating dental appliances from the Glacier GX3 multilayer sheet are provided, including: providing a model of teeth, placing the Glacier GX3 sheet over the model, heating the Glacier GX3 sheet until it forms over the model, vacuuming the plastic over the model, and trimming and cleaning excess material. *Id.* at 3.

29.    On information and belief, DynaFlex had offered its Glacier GX3 product for sale by at least April 2024. On April 9, 2024, a "Dealer Specials" brochure was published for an upcoming American Association of Orthodontists ("AAO") convention containing sales information for various DynaFlex products. Ex. I; Ex. O. The brochure contains an offer for sale of the Glacier GX3 product, which is described as a "three layer[]" material "combining durable outer layers with a soft inner layer, ensuring optimal flexibility, force application, and retention." Ex. I at 7. A figure is included demonstrating this three-layer structure, shown below.



*Id.* The brochure further touts Glacier GX3 as "providing [] reliable treatment," "accurate outcomes," and "unparalleled versatility" in orthodontic applications and treatment plans. *Id.*

30.    The April 2024 brochure includes specific purchase prices for Glacier GX3. *Id.* Specifically, the brochure offers a quantity of 50 Glacier GX3 sheets for a discounted price of $125.00 and a quantity of 100 Glacier GX3 sheets for a discounted price of $250.00.

| ROUND (125MM) | | | | |
|---|---|---|---|---|
| BOX | THICKNESS | ITEM # | DEALER PRICE | **DEALER SPECIAL** |
| 50 Sheets | .76 mm (.030) | #0766-030-50 | $150.00/box | **$125.00**/box |
| 100 Sheets | .76 mm (.030) | #0766-030-100 | $300.00/box | **$250.00**/box |

*Id.*

31.    On information and belief, DynaFlex had placed the Glacier GX3 product for sale on its website and social media accounts by at least May 2024. Ex. P. A May 7, 2024 post from DynaFlex's company Facebook page includes an attachment listing a quantity of 50 Glacier GX3 sheets for a price of $300.00 and a quantity of 100 Glacier GX3 sheets for a price of $600.00. *Id.* The post includes a promotional offer to "[b]uy 1 box of the new Glacier® GX3 Multi-Layer Material, get 1 free" and includes a link to DynaFlex's website. *Id.*

32.     A copy of DynaFlex's website as available on May 29, 2024, lists Glacier GX3 sheets as available for purchase in boxes of 50 and 100 sheets and includes promotional codes that can be used when purchasing Glacier GX3. Ex. J at 1-2. The website further includes a description and diagram of the Glacier GX3 product, similar to the April 2024 brochure, describing Glacier GX3 as a "three layer[]" product for use in orthodontic applications "combining durable outer layers with an elastomeric inner layer." *Id.* at 1. The website additionally includes a link to "Download PDF Instructions," which appears to direct buyers to the March 2024 instructions for use for Glacier GX3. *Id.* at 2; *see also* Ex. F.

33.     On information and belief, DynaFlex continued to target the sale of its Glacier GX3 product for use in dental and orthodontic applications throughout the industry after its initial offers for sale starting by at least April 2024.

34.     For instance, on information and belief, DynaFlex took out an advertisement for Glacier GX3 in the June 2024 issue of "Orthotown," a magazine marketed towards subscribers in the dental and orthodontics industry. Ex. K at 2. This advertisement included similar information to DynaFlex's previous offers for sale, such as information on the "three layer[]" structure of Glacier GX3, quantities in which Glacier GX3 sheets could be purchased, and promotional offers for buying Glacier GX3 products. *Id.*

35.     On information and belief, DynaFlex took out an advertisement for Glacier GX3 in a July 8, 2024 episode of "The Illuminate Orthodontic Podcast," a monthly podcast aimed at highlighting developments in the orthodontic profession. Ex. Q. The advertisement included an offer of "50% off of [the purchase of] a pack of DynaFlex's new GX3 [product]" with a promotional code and included a link to DynaFlex's website with Glacier product listings. *Id.*

10

36.    On information and belief, DynaFlex marketed its Glacier GX3 in a July 25, 2024 virtual trade show hosted by "INFODENT," an international dental and medical marketing agency. Ex. R; Ex. S at 9. The publication included information on the multilayer structure of Glacier GX3 products and advertised that the sheets were "available for purchase." Ex. R. The publication included a graphic of the three-layered structure of Glacier GX3 in a formed dental appliance.



*Id.*

37.    On information and belief, the Glacier GX3 product is still listed for sale on DynaFlex's website as of the filing of this Complaint. *See* Ex. N.

38.    On information and belief, DynaFlex knowingly distributed its Glacier GX3 products to third parties, such as orthodontists and dentists, for subsequent use in commercial dental aligners.

39.    As of the filing of this Complaint, DynaFlex's website includes a section titled "Multimedia Downloads for Distributors," which includes a link to downloadable content on the Glacier GX3 products. Ex. T. The downloadable content is stored in a zip folder marked "Glacier Assets for Dealers." The "Glacier Assets for Dealers" folder includes "sale sheets," which on information and belief are intended to be used by third party sellers and describe the "three layer[]" structure of Glacier GX3 and product information to purchase Glacier GX3 multilayer sheets. Ex. U at 3.



*Id.* These Glacier GX3 sale sheets have a "date modified" of June 13, 2024.

40.     On information and belief, DynaFlex incorporated the Glacier GX3 product into its trademarked SmileShare™ dental aligners, which it sold to orthodontists and dentists for use in comprehensive patient treatment plans, beginning by at least March 2024.

41.     A March 8, 2024 post from DynaFlex's company Facebook page states that, "starting March 25th, all SmileShare Aligners will be fabricated using the new, premium multi-layer material Glacier GX3." Ex. G. The post includes an attachment describing the Glacier GX3 product as "featur[ing] three layers, combining durable outer layers with a soft inner layer." *Id.* The description further notes that the SmileShare aligners, "made right here in the USA" using Glacier GX3 sheets, would provide "reliable treatment" and improve patient outcomes. *Id.*

42.     On information and belief, DynaFlex offers instructions and training on how to assemble, install, make, and/or use Glacier GX3 products in dental aligners, including when sold in DynaFlex's SmileShare products.

43.     As described above, on information and belief, DynaFlex's website by at least May 29, 2024, directed buyers of Glacier GX3 sheets to the March 2024 instructions for use for Glacier

GX3. Ex. J at 2. These instructions provide detailed information on how to thermoform Glacier GX3 sheets into a dental appliance. Ex. F.

44.    As described above, on information and belief, DynaFlex made, offered for sale, and/or sold SmileShare dental aligners that used Glacier GX3 sheets, as evidenced by a March 8, 2024 Facebook post from DynaFlex. Ex. G. This post further includes contact information to a "Senior Aligner Consultant" and a link to a SmileShare webpage that allows the user to schedule a consultation. Ex. V. Later Facebook posts from DynaFlex, such as a September 19, 2024 post, note that this Senior Aligner Consultant can advise orthodontists on utilizing the SmileShare aligners in "Expert Treatment Plans." Ex. L; *see also* Ex. W ("SmileShare™ offers world-class customer support, including access to a board-certified orthodontist advisor…who [can] collaborate on your treatment plans."). On information and belief, users are still able to schedule SmileShare appointments from this link as of the filing of this Complaint.

45.    The website for SmileShare provides step-by-step instructions for an orthodontist to make and use SmileShare products made from Glacier GX3 in a patient treatment plan. Ex. H; *see also* Ex. X. These instructions include uploading scans of a patient's teeth to the SmileShare web portal, submitting an online prescription for the patient, reviewing and modifying the suggested aligner from the SmileShare software, and obtaining 3D aligners customized to the patient and numbered in order of use. *Id.* The website further provides contact information for the "Senior Aligner Consultant." Ex. H at 3.

46.    Testing was conducted on Glacier GX3 sample sheets (125 mm x 0.76 mm). On information and belief, the tested sample sheets are identical in formulation to the Glacier GX3 sheets DynaFlex has been selling and distributing since at least April 2024, including in SmileShare aligners.

47.    The overall sheet thickness of Glacier GX3 was measured 12 times in three separate samples. From these measurements, the average overall sheet thickness was measured to be 0.783 mm, consistent with the advertised thickness of 0.76 mm.

48.    Optical microscopy images of Glacier GX3 samples showed a three-layer structure, consistent with the structure disclosed in DynaFlex's advertisements. The thickness of each layer was determined using micrographs, which were calibrated using the measured overall thickness of 0.783 mm for the sheet. The measurements were repeated twice on a Glacier GX3 sample. The two cross-section micrographs are shown below:



Based on these two micrographs, the average individual layer thicknesses were calculated to be 0.327 mm (outer layer), 0.247 mm (central layer), and 0.211 mm (outer layer).

49. Differential scanning calorimetry ("DSC") testing was performed on the Glacier GX3 samples, as well as on reference samples of the polymers Tritan™ MP100 and Ecdel™ 9967, which are commercially available products sold by Eastman Chemical Company. The thermogram of this testing is shown below:



50. The DSC testing showed that the melt profile of the outer layers in the Glacier GX3 samples is substantially similar to the melt profile of Tritan™ MP100. Specifically, the glass transition temperature of the outer layers in the Glacier GX3 samples was measured to be 108.9 °C, which is substantially similar to the measured glass transition temperature of 108.5 °C for Tritan™ MP100.

51. On information and belief, the outer layers of the three-layer Glacier GX3 products sold by DynaFlex are made from Tritan™ MP100, or a substantially similar material.

52.     On information and belief, the outer layers of the three-layer Glacier GX3 products sold by DynaFlex are a copolyester having a flexural modulus of from about 1,000 MPa to 2,500 MPa.

53.     The DSC testing showed that the melt profile of the inner layer in the Glacier GX3 samples is substantially similar to the melt profile of Ecdel™ 9967. Specifically, the melting temperature peak of the inner layer in the Glacier GX3 samples was measured to be 204.8 °C, which is substantially similar to the measured melting temperature peak of 204.7 °C for Ecdel™ 9967.

54.     On information and belief, the inner layer of the three-layer Glacier GX3 products sold by DynaFlex are made from Ecdel™ 9967, or a substantially similar material.

55.     On information and belief, the inner layer of the three-layer Glacier GX3 products sold by DynaFlex is a polyester elastomer having a hardness from about A80 to D75.

56.     On information and belief, the overall flexural modulus of the Glacier GX3 sheet is about 1,500 MPa.

57.     DynaFlex's manufacture, use, sale, offer for sale, and/or importation of the Glacier GX3 product, including in SmileShare aligners, constitute acts of direct infringement of the '630 patent.

## COUNT I FOR PATENT INFRINGEMENT

### Infringement of the '630 Patent

58.     In violation of 35 U.S.C. 271(a), DynaFlex has infringed, and will continue to infringe literally and/or under the doctrine of equivalents, one or more claims of the '630 patent, including at least claims 1-2, 7-9, and 12-13, by making, using, selling, offering for sale, and/or importing into the United States the Accused Products.

59.     On information and belief, the Accused Products include a polymeric sheet composition comprising at least two rigid outer layers ("at least two outer layers A and C") comprised of Tritan™ MP100, or a similar copolyester, "having a flexural modulus of from about 1,000 MPa to 2,500 MPa," as recited in claim 1 of the '630 patent. On information and belief, the polymeric sheet composition of the Accused Products has an elastomeric inner layer ("elastomeric inner layer B") comprised of Ecdel™ 9967, or a similar elastomer, "having a hardness from about A80 to D75," as recited in claim 1 of the '630 patent. On information and belief, the polymeric sheet composition of the Accused Products has a flexural modulus of about 1,500 MPa, which is within the range of "from about 750 MPa to 2,000 MPa," as recited in claim 1 of the '630 patent.

60.     The three layers of the polymeric sheet composition of the Accused Products ("the A, B and C layers") have a reported combined thickness of 0.76 mm (760 microns). The samples of Glacier GX3 tested experimentally had a measured combined thickness of 0.783 mm (783 microns). Either of those combined thicknesses falls within the range of "from about 250 microns to 2,000 microns," as recited for the A, B and C layers of the polymeric sheet composition in claim 2 of the '630 patent.

61.     On information and belief, the rigid outer layers of the polymeric sheet composition of the Accused Products ("outer layers A and C") are comprised of the copolyester Tritan™ MP100, or a similar copolyester, and are thus comprised of "one or more of a polyester, a co-polyester, a polycarbonate, a polyester polycarbonate blend, a polyurethane, a polyamide, a polyolefin, a microcrystalline polyamide, a co-polyester of terephthalic acid, cyclohexane dimethanol, and 2,2,4,4-tetramethyl-1,3-cyclobutanediol, a co-polyester of terephthalic acid, ethylene glycol and diethylene glycol, an aromatic polyurethane based on MDI and hexanediol,

17

an aromatic polyurethane with aliphatic diols, a co-polymer of propylene, ethylene and C4 to C8 alpha olefin, a cycloaliphatic polyamide, a (meth) acrylic polymer, a vinyl polymer, polyvinyl chloride, and a fluoropolymer," as recited in claim 7 of the '630 patent.

62.    On information and belief, the elastomeric inner layer of the polymeric sheet composition of the Accused Products ("inner layer B") is comprised of the polyester elastomer Ecdel™ 9967, or a similar polyester elastomer, and is thus comprised of "one of more of a polyurethane elastomer, an aromatic polyether polyurethane, a polyolefin elastomer, a polyester elastomer, a styrenic elastomer, a polyamide elastomer, a polypropylene oxide-based polyether polyamide, a polytetramethlene oxide-based polyether polyamide, a cyclic olefin elastomer, an acrylic elastomer, an aromatic or aliphatic polyether, a polyester polyurethane, a siloxane elastomer, a polyether elastomer, a polyolefin elastomer, an olefin copolymer, and a fluroelastomer," as recited in claim 8 of the '630 patent.

63.    The polymeric sheet composition of the Accused Products is used in a "dental appliance conformal to one or more teeth comprising a polymeric sheet composition," as claimed in claim 9 of the '630 patent.

64.    The rigid outer layers of the polymeric sheet composition of the Accused Products ("outer layers A and C") have different thicknesses, as recited in claim 12 of the '630 patent.

65.    On information and belief, the polymeric sheet composition of the Accused Products is used in a dental appliance conformal to one or more teeth comprising a polymeric sheet composition, wherein the outer layers ("outer layers A and C") each comprise Tritan™ MP100, or a similar copolyester, and thus "comprise the same material," as claimed in claim 13 of the '630 patent.

18

66.    On information and belief, DynaFlex has been aware of and on notice of the '630 patent since late 2018 when DynaFlex evaluated samples of Bay Materials's multilayer aligner product and inquired about purchasing and distributing that product. Indeed, after DynaFlex evaluated Bay Materials's product in 2018, DynaFlex copied that product to develop and manufacture its Glacier GX3 aligner product. DynaFlex has also had notice of the '630 patent since at least August 14, 2024, when Bay Materials informed DynaFlex that its Glacier GX3 product infringed the '630 patent. And DynaFlex has also been on notice of the '630 patent since at least as early as the service of this Complaint. DynaFlex's continued actions of making, using, selling, offering for sale, and/or importing into the United States the Accused Products after knowledge of the patent, including after service of the Complaint, would be with DynaFlex's knowledge of the '630 patent, knowledge of infringement of the '630 patent, intent to encourage others (e.g., DynaFlex's customers) to infringe the '630 patent through the Accused Product, and knowledge that DynaFlex's encouraging acts actually result in direct infringement of the '630 patent by DynaFlex's customers.

67.    DynaFlex had knowledge of the '630 patent or was willfully blind to the patented features of the '630 patent before the filing and service date of this Complaint. On information and belief, DynaFlex was also aware that Bay Materials's Zendura FLX product is covered by the '630 patent.

68.    DynaFlex, in violation of 35 U.S.C. 271(b), has indirectly infringed and continues to indirectly infringe literally and/or under the doctrine of equivalents at least claims 1-2, 7-9, and 12-13 of the '630 patent by actively inducing others to use, make, sell, offer for sale and/or import the Accused Products in an infringing manner, knowing such acts would constitute infringement of the '630 patent. DynaFlex's customers who use, make, sell, offer for sale, and/or

import the Accused Products in accordance with DynaFlex's instructions infringe at least claims 1-2, 7-9, and 12-13 of the '630 patent, in violation of 35 U.S.C. § 271(a).

69. DynaFlex actively instructs, encourages, and/or aids such infringement through various activities, including by training dental, orthodontic, and other professionals to use the Accused Products in a manner consistent with one or more claims of the '630 patent, through descriptions on its website, promotional videos, promotional material, and through product documentation, including instructions for how to use Glacier GX3 to make dental appliances.

70. DynaFlex, in violation of 35 U.S.C. § 271(c), has indirectly infringed and continues to indirectly infringe literally and/or under the doctrine of equivalents, at least claims 1-2, 7-9, and 12-13 of the '630 patent by contributing to its customers' using, making, selling, offering for sale and/or importing of the Accused Products in an infringing manner, knowing that the products are especially made or especially adapted to practice one or more of the claims of the '630 patent. DynaFlex's customers who make, use, sell, offer for sale, and/or import the Accused Products in accordance with DynaFlex's instructions infringe at least claims 1-2, 7-9, and 12-13 of the '630 patent, in violation of 35 U.S.C. § 271(a).

71. DynaFlex contributes to infringement by providing to its customers the Accused Products or components thereof and instructing them how to assemble, install, make, and/or use the Accused Products, knowing that the products are especially made or adapted for use in infringement of the '630 patent.

72. The Accused Products are not a staple article of commerce.

73. The Accused Products are not suitable for substantial noninfringing uses.

74. DynaFlex's infringement of the '630 patent has damaged and continues to damage Bay Materials. Bay Materials's injuries are irreparable and will continue unless and until DynaFlex is enjoined by this Court from further infringement.

75. DynaFlex knew or should have known of the '630 patent since 2018 and has acted, and continues to act, in an egregious and wanton manner by knowingly infringing the '630 patent. DynaFlex copied Bay Materials's patented multilayer aligner product and DynaFlex's infringement of the '630 patent has been and continues to be willful and deliberate.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against DynaFlex and grant the following relief:

A. The entry of judgment that DynaFlex directly or indirectly infringes at least one claim of the '630 patent under at least 35 U.S.C. §§ 271(a), (b) and/or (c);

B. An award to Plaintiff of damages adequate to compensate Plaintiff for DynaFlex's acts of patent infringement, together with prejudgment and post-judgment interest under 35 U.S.C. § 284 and other permitted costs, expenses, and disbursements;

C. A declaration or order finding that DynaFlex's infringement is willful and an award to Plaintiff of all other damages permitted by 35 U.S.C. § 284, including enhanced damages up to three times the amount of compensatory damages found;

D. The entry of a permanent injunction, enjoining DynaFlex, all persons acting in concert or participation with DynaFlex, all parent and subsidiary corporations and affiliates, and their assigns and successors in interest from continuing acts of infringement of the '630 patent;

E. The entry of a judgment that this is an exceptional case and awarding to Plaintiff its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

F.      Such other and further relief in law or equity as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff respectfully requests a trial by jury on all claims and issues so triable.

HEPLERBROOM LLC

*/s/ Glenn E. Davis*

_____

Glenn E. Davis
Charles N. Insler
Peabody Plaza
701 Market Street, Suite 1400
St. Louis, MO 63101
(314) 241-6160
glenn.davis@heplerbroom.com


*Of Counsel:*
Kathleen A. Daley
Charles T. Collins-Chase
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

*Attorneys for Bay Materials, LLC*

Dated: March 18, 2025